Court, Appellate Division, First Department. November 26, 1915.) Action by the Ancient Order of Hibernians of New York against the Ancient Order of Hibernians of America and others. No opinion. Motion denied, with $10 costs. Order filed.

ANDREWS v. GARDINER. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Champe S. Andrews against Asa Bird Gardiner. No opinion. Motion denied, with $10 costs. Order filed. See, also, 165 App. Div. 595, 150 N. Y. Supp. 891; 168 App. Div. 629, 154 N. Y. Supp. 486.

IN RE ANTONOPULOS. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) In the matter of the adoption of Anna, Helen, and James Antonopulos by John D. Antonopulos. No opinion. Motion granted.

APPLEBY et al. v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Edgar S. Appleby and others against the City of New York. Motion denied, with $10 costs. See memorandum per curiam. Order filed. See, also, 167 App. Div. 369, 152 N. Y. Supp. 357.

ARCHER v. EQUITABLE LIFE ASSUR. SOCIETY. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Georgia C. Archer against the Equitable Life Assurance Society. No opinion. Motion granted; questions certified. Order filed. See, also, 154 N. Y. Supp. 519.

ATKINSON, Respondent, v. NEW YORK RYS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by C. Clytwa Atkinson against the New York Railways Company.

PER CURIAM. Order reversed, and motion granted, with $10 costs to appellant to abide event, upon condition that the defendant, within 10 days after service of this order, with notice of entry, give a stipulation in writing, in accordance with the oral stipulation made by defendant's counsel upon the argument, that defendant will offer no evidence as to plaintiff's physical condition prior to the accident, nor any medical testimony as to the nature and extent of her injuries, and shall further stipulate that the evidence of any of plaintiff's witnesses may be taken before a referee at the city of Rochester and read in evidence with like force and effect as though given by such witnesses upon the trial, with the right to defendant to appear before the referee by counsel and cross-examine such witnesses, and in the event of defendant's failure so to stipulate the order appealed from is affirmed, with $10 costs and disbursements.

ROBSON, J., dissents, and votes for affirmance.

ATWATER, Respondent, v. FIELDING, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Silas I. Atwater against William E. Fielding, impleaded with others. G. H. Mallory, of New York City, for appellant. W. C. Dodge, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

AUGROM, Respondent, v. CURTIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Arthur C. Augrom against Myron S. Curtis and another. No opinion. Motion granted, and appeal dismissed, with $10 costs, unless appellants file and serve printed papers within 10 days and be ready for argument on the 7th day of December, 1915.

AUSTIN v. STATEN ISLAND RY. CO. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Raymond Austin against the Staten Island Railway Company. No opinion. Motion granted, with $10 costs. Order filed.

AUSTIN BALDWIN & CO. v. KOHLER et al. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Austin Baldwin & Co. against Veronica Kohler and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 155 N. Y. Supp. 196.

BACHIA et al., Respondents, v. ROGERS, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Richard A. Bachia and another against C. Milton Rogers. No opinion. Motion denied, with $10 costs.

BACKMAN, Respondent, v. BROOKLYN UNION GAS CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Maria Backman, as administratrix, etc., of Emil Backman, deceased, against the Brooklyn Union Gas Company, impleaded with others. No opinion. Order reversed, with costs and disbursements, and motion granted, with $10 costs, for the reason that plaintiff has failed to act diligently in bringing the case to the new trial granted by the previous decision of this court.

BAKER et al., Respondents, v. COUCH et al., Appellants. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Richard H. W. Baker and others against Samuel H. Couch and others. W. F. Clare, of New York City, for appellants. G. B. Glass, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 156 App. Div. 945, 142 N. Y. Supp. 1107.

BAKER v. McGUIRE et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) In the matter of Wm. C. Baker against Andrew J. McGuire, as Supervisor, etc., and others. No opinion. Motion to dismiss appeal denied, without costs. Order filed.